## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01282-RPM

    Plaintiffs,

CINDY SIPLE, individually and as mother and next friend of BABY ROE,

v.

ALEXANDER PANIO, JR.; MARY PANIO; ADOLESCENT AND
FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, M.D.; WHITNEY HARRAH; CARLA DAMICONE;
KELLY CURRAN; CAROL OLSON; and JANE JORDAN,

    Defendants.

---

## ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH
## PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)
## (CAROL OLSON)

---

**THIS MATTER COMES** before the Court on the stipulated motion to

dismiss Carol Olson from the case with prejudice.  The Court, having reviewed the

motion and being fully apprised in its premises hereby GRANTS the Motion.

    **IT IS SO ORDERED** that Defendant Carol Olson is dismissed with

prejudice from the above captioned case, with each party to pay its own attorney

fees and costs.

DATED: 8/20/13



BY THIS COURT:

Richard P. Matsch, Senior Judge