IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01282-RPM

CINDY SIPLE, individually and as mother and next friend of BABY DOE,

    Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE;
KELLY CURRAN and
JANE JORDAN,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **November 22, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 14, 2013.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

DATED: September 5th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge