IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01282-RPM

CINDY SIPLE, individually and as mother and next friend of BABY DOE,

     Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE;
KELLY CURRAN and
JANE JORDAN,

     Defendants.

_____

## STAY ORDER
_____

Pursuant to the scheduling conference held today, it is

ORDERED that all proceedings in this matter are stayed until further order of the Court.

DATED:   November 22, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge